UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GUIDO MAURICIO GUTAMA MORALES** : | |
| : | |
| PLAINTIFF : | CIVIL CASE NO. |
| : | 3:24-CV-01014-OAW |
| : | |
| V. : | |
| : | |
| **JOSHUA AVILA and AVILA, LLC,** : | |
| : | |
| : | |
| DEFENDANTS : | JULY 22, 2024 |

### MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING, INCLUDING A MOTION TO DISMISS IF WARRANTED, TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 7(b) of the United States District Court, District of Connecticut, the undersigned Defendants, Joshua Avila and Avila LLC hereby move for a brief extension of time, up to and including November 16, 2024, within which to file a responsive pleading to the Plaintiff's, as served on filed on Defendant, and to file any motion to dismiss as may be warranted, and to answer any pending motions that may be outstanding.

Good cause exists for granting the undersigned Defendants' Motion for Extension of Time. Since the undersigned's appearance was filed with the Court on July 19, 2024, counsel requires time for familiarity with the file and any pending motions. This requested extension is brief and will not cause any undue delay in these proceedings. This is the undersigned Defendants' first Motion for Extension of Time with respect to the Complaint.

Defendant has communicated with Plaintiff counsel in regard to their consent to file this Motion for Extension of Time. Plaintiff has provided written consent to the request for an extension of time to file a responsive pleading. Therefore, the Plaintiff cannot be said to be prejudiced by the extension of time in this matter which was only recently filed and served.

By filing this Motion for Extension of Time to Plead, the Defendants in no way waive any jurisdictional defenses or Federal Rule of Civil Procedure 12(b)(2)-(6) defenses they have to the Plaintiffs' Amended Complaint.  All such defenses are expressly reserved until filing their responsive pleading to the Plaintiffs' Complaint.

WHEREFORE, the undersigned Defendants respectfully request that the Court grant the instant Motion for Extension of Time in its entirety.

RESPECTFULLY SUBMITTED,
THE DEFENDANTS
JOSHUA AVILA
AVILA, LLC
BY THEIR ATTORNEYS,

*/s/ Tyler J. Balding*
Tyler J. Balding, Esq. (CT29928)
Maya Murphy, P.C.
266 Post Road East
Westport, CT 06880
T: (203) 221-3100
F: (203) 221-3199
tbalding@mayalaw.com

**CERTIFICATION OF SERVICE**

      I hereby certify that on July 22, 2024, a copy of this appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicted on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      */s/ Tyler J. Balding*

      Tyler J. Balding, Esq.